Before SPAETH, HESTER and CAVANAUGH, JJ.

Appellant makes the same constitutional arguments against the minimum sentencing procedure as those recently rejected by this court in *Commonwealth v. Kempka,* —— Pa.Super. ——, 415 A.2d 1226 (1980).

Affirmed.

427 A.2d 1194

Commonwealth ex rel., E. B. v. K. E. B., Appellant.

Submitted November 15, 1977. Randall D. Chapman, for appellant; Lee Fuller, for Commonwealth, appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, VAN der VOORT and SPAETH, JJ.

The order of the lower court is hereby affirmed.

PRICE, J., concurred in the result.

JACOBS, J., did not participate in the consideration or decision of this case.

427 A.2d 1195

Commonwealth ex rel., Miller, nee Hamblin v. Miller, II, Appellant.

Reargument Denied July 7, 1980.